UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN GABRIEL CANCHE ALONZO,<br><br>Petitioner,<br><br>vs.<br><br>JAMES E. TILTON, Warden,<br><br>Respondent. | Case No. CV 07-05372 PSG (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*. IT IS ORDERED that:

1. The Report and Recommendation is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: 6/20, 2008

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE