JS-6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JUAN GABRIEL CANCHE ALONZO,<br><br>            Petitioner,<br><br>    vs.<br><br>JAMES E. TILTON, Warden,<br><br>            Respondent. | Case No. CV 07-05372 PSG (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: 6/20, 2008

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE